IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. MARTIN, SEAN P. STEVENS, JESSE WILLIAM BANKS, III, and JULIE A. LAWRENCE | : : : : | CIVIL ACTION |
| v. | : : | |
| DISCOVER BANK, DFS SERVICES LLC, DB SERVICING CORPORATION, STOCK & GRIMES, LLP, SOLOMON LAW GROUP, LLC, WELTMAN, WEINBERG & REIS, CO., LPA, and APOTHAKER & ASSOCIATES, P.C. | : : : : : : : : | No. 12-2469 |

## ORDER

AND NOW, this 21st day of March, 2013, it appearing that there might have been a violation of the Federal Rules of Civil Procedure, it is **ORDERED** that all proceedings, performance of the settlement contract, and payments are **STAYED**. Any funds already transferred pursuant to the Settlement Agreement shall not be further transferred or disposed of. Plaintiffs are directed to attend the March 28, 2013 hearing with counsel.

/s/ Norma L. Shapiro
_____

J.