## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. MARTIN, SEAN P. STEVENS, JESSE WILLIAM BANKS, III, and JULIE A. LAWRENCE | : : : : | CIVIL ACTION |
| v. | : : | |
| DISCOVER BANK, DFS SERVICES LLC, DB SERVICING CORPORATION, STOCK & GRIMES, LLP, SOLOMON LAW GROUP, LLC, WELTMAN, WEINBERG & REIS, CO., LPA, and APOTHAKER & ASSOCIATES, P.C. | : : : : : : | No. 12-2469 |

**ORDER**

AND NOW, this 10th day of April, 2013, it having been reported to the court that the issues between the parties have been settled, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, as to all defendants.

2. The Clerk is directed to mark this case **CLOSED.**

                                                /s/ Norma L. Shapiro

                                                                              J.